UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 
ROBERTO DE JESUS REYES,                          :
                           Plaintiff,            :
                                                 :          23 Civ. 277 (LGS)
              -against-                          :
                                                 :          ORDER
EL BURRO CARGO EXPRESS CORP., et al.,            :
                           Defendants.           :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 25, 2023, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

WHEREAS, the initial pretrial conference is scheduled for March 8, 2023;

WHEREAS, Defendant El Burro Cargo Express Corp. was served on February 6, 2023, and was required to respond to the Complaint by February 27, 2023;

WHEREAS, Defendant El Burro Cargo Express Corp. has not appeared in this case and has not timely responded to the Complaint;

WHEREAS, Plaintiff has not filed proof of service as to Defendant Moises De La Rosa;

WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

**ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **March 6, 2023, at noon** and shall explain why they have not complied with the Court's deadlines.  If Defendants refuse to cooperate in the preparation of these documents, Plaintiff shall prepare and file them.  If Plaintiff is not in communication with Defendants, no later than **March 6, 2023**, **at noon**, Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to 30 days, (2) proposing a date prior to the conference to present an Order to Show Cause

for default judgment as to Defendant El Burro Cargo Express Corp. and related papers as provided in the Court's Individual Rules and (3) proof of service, or proofs of attempted service, if any, as to Defendant Moises De La Rosa.  It is further

      **ORDERED** that the initial pretrial conference scheduled for March 8, 2023, is adjourned to **March 15, 2023, at 4:00 P.M.**

Dated: March 2, 2023
      New York, New York

                                                     LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE